UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARC S. KIRSCHNER, *as* LITIGATION TRUSTEE of the LITIGATION SUB-TRUST, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:22-CV-367-B |
| JAMES D. DONDERO, *et al.*, | § § § | |
| Defendants. | § | |

### ORDER

This matter is **TRANSFERRED** to the docket of the Honorable Judge Karen G. Scholer.

All future pleadings in this case shall be filed under Civil Action No. 3:22-cv-203-S.

SO ORDERED.

SIGNED: March 21, 2022.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

- 1 -